IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                                          Cr. No. 2:25cr20032-JTF

SANJEEV KUMAR,

    **Defendant.**

---

**ORDER GRANTING MOTION FOR MODIFICATION OF BOND CONDITIONS**

---

Before the Court, by way of Order of Reference (D.E. # 25), is the Motion of Defendant Sanjeev Kumar for Modification of Bond Conditions. (D.E. # 24) A hearing on the motion was noticed and held on 11 and 14 April, 2025. Lawrence Laurenzi and Ronald Chapman appeared on behalf of Defendant and Lynn Crum and Sarah Pazar Williams appeared on behalf of the United States. Based on the motion, response of the United States, testimony at the hearing and arguments of counsel, the motion is **GRANTED.**

**IT IS HEREBY ORDERED** that Defendant Sanjeev Kumar's bond conditions are modified as follows:

1. The Court removes conditions (s)(1) and (s)(3), thereby permitting Dr. Sanjeev Kumar to practice medicine and reopen the Poplar Avenue Clinic.

2. The Court modifies condition (s)(2) to retain records and no billing from date of arrest through entry of this order.

3. The Court modifies condition (g) only as to the no-contact order of <u>victims</u>, to include only the patients treated at Poplar Avenue Clinic by Sanjeev Kumar, or any provider under his supervision, during the timeframe of September 2019 through February 2025. The restriction on contact with any person who may be a witness remains and includes

all employees of Poplar Avenue Clinic listed in the United States' Notice Identifying Witnesses for No Contact, (D.E. # 31).

4. Dr. Kumar, and any provider under his supervision, will not medically treat any minors, defined as any person under the age of 18 years old.

5. Dr. Kumar, and any provider under his supervision, will provide a Third-Party Risk Notification to: (a) any doctor referring patients to Poplar Avenue Clinic; and (b) any new patients at every referral and to every patient at every appointment, including walk-in patients.

6. Dr. Kumar, and any provider under his supervision, will not perform hysteroscopy or hysteroscopy with biopsy procedures on any patient. If a patient requires such procedure, Dr. Kumar will refer the patient to another doctor, not employed by Dr. Kumar, with the Third-Party Risk Notification provided to the other doctor.

7. Dr. Kumar, and any provider under his supervision, will not use any single use hysteroscope, single-use biopsy forceps, or single-use grasper forceps.

**IT IS SO ORDERED** this 28th day of April, 2025.

s/Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE