UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             HON. MARK A. GOLDSMITH

v.                                        CASE No. 25-CR-20451

PRITI BHARDWAJ, M.D.,

    Defendant.

## DEFENDANT'S MOTION FOR LEAVE TO SEAL

Defendant, Priti Bhardwaj, by and through undersigned counsel, respectfully moves this Honorable Court under Local Rule 5.3 for leave to seal the Supplemental Brief in Support of her Motion for Modification of Bond Condition, as the brief contains sensitive personal and financial information. Sealing is necessary to protect privacy interests.

                                                Respectfully Submitted,
                                                CHAPMAN LAW GROUP

Dated: July 31, 2025            s/ *Laith Quasem*
                                                Ronald W. Chapman II, LL.M. (P73179)
                                                Laith Quasem (P87826)
                                                1441 W. Long Lake Rd., Ste. 310
                                                Troy, MI  48098
                                                T: (248) 644-6326
                                                F: (248) 644-6324
                                                rwchapman@chapmanlawgroup.com

                                                lquasem@chapmanlawgroup.com
                                                *Attorneys for Defendant Bhardwaj*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed on July 31, 2025. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                *s/ Laith Quasem*
                                                Laith Quasem