UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

PRITI BHARDWAJ, M.D.,

      Defendant.
_____/

Case No. 25-CR-20451

Hon. Mark A. Goldsmith

## **STIPULATION TO MODIFY BOND CONDITION**

The United States of America, by and through its attorneys, and defendant Priti Bhardwaj, M.D. ("Defendant"), by and through counsel of record, stipulate and agree as follows, following the Court's hearing on Defendant's motion for modification of bond condition [ECF No. 16]:

1. At Defendant's June 27, 2025, arraignment and initial appearance, the Magistrate Judge set the following condition of pretrial release: Defendant "May not bill or cause to be billed, any Medicare or Medicaid claims aside from one's own personal healthcare needs."

2. The parties agree to modify the condition to the following: "Defendant may not cause to be billed to Medicare or Medicaid any home healthcare-related

1

claims."

3. In the event that Medicare lifts the payment suspension that presently bars payments to Defendant for Medicare claims, the government reserves the right to file a motion seeking to reinstate the original condition described in Paragraph 1.

SO STIPULATED.

A proposed Order in accordance with this Stipulation is attached.

JEROME F. GORGON JR.
United States Attorney

LORINDA LARYEA
Acting Chief
U.S. Department of Justice
Criminal Division, Fraud Section

| | |
|---|---|
| */s/ Ryan Elsey*<br>Ryan K. Elsey<br>Syed Ahmadul Huda<br>U.S. Department of Justice<br>Criminal Division, Fraud Section<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>(202) 417-5069<br>ryan.elsey@usdoj.gov<br>*Attorney for the United States of America* | */s/ Laith Quasem (with consent)*<br>Ronald W. Chapman, II (P73179)<br>Laith Quasem (P87826)<br>Chapman Law Group<br>1441 W. Long Lake Road, Ste 310<br>Troy, MI 48098<br>(248) 644-6326<br>rwchapman@chapmanlawgroup.com<br>*Attorney for Defendant Priti Bhardwaj* |

Dated: August 15, 2025

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PRITI BHARDWAJ, MD,

        Defendant.

Case No. 25-cr-20451

Hon. Mark A. Goldsmith

## ORDER MODIFYING BOND CONDITION

Upon stipulation of the parties and the Court being fully advised of the circumstances, that Defendant's motion for modification of bond condition [ECF No. 16] is **GRANTED IN PART, AND DENIED IN PART** as follows:

**IT IS HEREBY ORDERED** that Defendant's pretrial release condition concerning Medicare billing be modified to "Defendant may not cause to be billed to Medicare or Medicaid any home healthcare-related claims."

**SO ORDERED**.

Dated: August 19, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

3