# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      HON. MARK A. GOLDSMITH

v.                                     CASE No. 2:25-cr-20451-MAG-DRG

PRITI BHARDWAJ, M.D.,

       Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 57.1(d), attorneys Aaron Kemp and Laith Quasem respectfully move for leave to withdraw as counsel for Defendant Priti Bhardwaj, M.D. ("Dr. Bhardwaj"). In support of this motion, counsel state as follows:

1. Aaron Kemp and Laith Quasem currently appear as counsel of record for Dr. Bhardwaj in this matter.

2. Ronald W. Chapman II, who also appears as counsel of record for Dr. Bhardwaj, has recently opened a new law firm and will continue to exclusively represent Dr. Bhardwaj through that firm for the duration of this case.

3. Accordingly, Dr. Bhardwaj will remain continuously represented, no party will be prejudiced, and withdrawal will not delay the proceedings or affect any existing deadlines.

WHEREFORE, Aaron Kemp and Laith Quasem respectfully request that this Honorable Court enter an order granting their withdrawal as counsel for Dr. Bhardwaj, with Ronald W. Chapman II to remain as counsel of record.

Dated: October 21, 2025

Respectfully submitted,
CHAPMAN LAW GROUP

*s/ Laith Quasem*
Laith Quasem (P87826)
Aaron J. Kemp (P55238)
1441 W. Long Lake Rd., Ste. 310
Troy, MI  48098
T: (248) 644-6326
F: (248) 644-6324
LQuasem@chapmanlawgroup.com
AKemp@chapmanlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

*s/ Laith Quasem*
Laith Quasem
